UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 07-00579 SJO (Ex)     **DATE:** August 28, 2008

**TITLE:**  Automated Legal Systems Inc v. Professional Document Services Inc

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                 Not Present
Courtroom Clerk                                  Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                      Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of STIPULATION to Dismiss Case pursuant to FRCP Rule 41 filed by Defendant Professional Document Services Inc. [37] filed on 8/27/08. Accordingly, the Court orders this matter dismissed pursuant to said stipulation of dismissal.